IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00172-MR-DLH

| | | |
|---|---|---|
| WAYNE T. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| CAROLINAS HEALTHCARE FOUNDATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On October 25, 2013, the Court entered an Order directing the Plaintiff to show cause for the failure to effect service on the Defendant Carolinas Healthcare Foundation, Inc. [Doc. 3]. The Plaintiff was specifically warned that failure to respond in writing within fourteen (14) days of the entry of the Order would result in a dismissal of this action without prejudice. [Id.]. The deadline for responding has now passed, and the Plaintiff has not responded to the Court's Show Cause Order.

Accordingly, **IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: December 3, 2013

Martin Reidinger
United States District Judge